MARCUS G. CUNNINGHAM, Respondent, *v.* MASSENA SPRINGS AND FORT COVINGTON RAILROAD COMPANY, Appellant.

(Argued March 24, 1893; decided April 11, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made April 4, 1892, which affirmed a judgment in favor of respondent, entered upon the report of a referee.

*William P. Cantwell* for appellant.

*Matt C. Ransom* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.

---

PATRICK CASSIDY et al. Respondents, *v.* JOSEPH McFARLAND et al., Appellants.

(Submitted April 10, 1893; decided April 18, 1893.)

MOTION for reargument of an appeal from order of the General Term of the Court of Common Pleas in and for the city and county of New York, made the first Monday of November, 1892, which affirmed an order of Special Term, appointing a referee. (137 N. Y. 609.)

*Geo. A. Stearns* for motion.

*W. S. Cowles* opposed.

Agree to grant motion; no opinion.
All concur.
Motion granted.